IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUDY H. WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 14-0460-CG-C |
| | ) |
| **COMERICA BANK,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

The plaintiff having filed a Notice of Dismissal on November 14, 2014 (Doc. 6), advising that the parties have settled this matter, and as no answer or motion for summary judgment has been filed by the opposing party, this action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 17th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISRICT JUDGE